UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
FREY O. AND IRMA MATILLA                            Case No. 11-40654-LMI
    Debtors
_____/                    Chapter 13

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 18TH day of January 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

CitiMortgage, Inc.
c/o Sanjiv Das, CEO
1000 Technology Dr.
O'Fallon, MO 63368

CitiMortgage, Inc.
CT Corporation System, R.A.
1200 S. Pine Island Road
Plantation FL 33324