# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **FREY O. MATILLA**    JOINT DEBTOR: **IRMA MATILLA**    CASE NO.: 11-40654-LMI
Last Four Digits of SS# XXX-XX-4156   Last Four Digits of SS# XXX-XX-3997

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 284.17    for months   1   to   60  ;
   B.   $_____   for months _____ to _____;
   C.   $_____   for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,5000 ( includes $550 for Motion to Value) TOTAL PAID $1,000.00
            Balance Due  $ 2,500.00   payable $ 227.27 /month  (Months  1  to  11  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____         Arrearage on Petition Date   $_____
Address: _____         Arrears Payment  $_____/month  (Months _____ to _____)
                                  Regular Payment  $_____/month  (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citi Mortgage Account No. XXX-8689 $57,108.34 | 1881 W. 72nd Place, Hialeah, FL 33014 $95,000 PMR Appraisals | 0 % | $ -0- | 1 To 60 | Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due $_____
                              Payable $_____/month (Months ____ to ____) Regular Payment $____
Unsecured Creditors: Pay $ 28.48 /month (Months  1  to   11 ), $ 255.75/month (Months  12  to  60 ). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors will continue to pay the 1st mortgage to Citi Mortgage (Account No.XXX-8515) at property 1881 West 72nd Place., Hialeah, FL 33014. The debtors will provide copies of his income tax return to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ *Frey O. Matilla*                                /s/ *Irma Matilla*
Debtor                                                Joint Debtor
Date: 02/07/2012                                      Date:      02/07/2012

LF-31 (rev. 06/02/08)