UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:                               CASE NO.: 11-40654-BKC-LMI

FREY O MATILLA

IRMA MATILLA

          Debtor(s)
_____/

**OBJECTION  TO CLAIM  ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO CLAIM
IMPORTANT NOTICE TO CREDITORS**

     The Trustee appointed to administer and liquidate the assets of this bankruptcy estate has filed an Objection to Claim in accordance with Bankruptcy Rules 3001 and 3007, a copy of the objection is attached. The Trustee has objected to certain of the claims filed in this bankruptcy proceeding **INCLUDING YOUR CLAIM.** The Trustee seeks either to disallow your claim in part or in its entirety, to disallow your claim as a secured claim, or to change the priority of the claim so your claim will receive a lower priority than the status you asserted in your proof of claim.

     **YOU ARE DIRECTED TO CAREFULLY REVIEW THE OBJECTION TO CLAIM STATED BELOW TO DETERMINE THE TRUSTEE'S RECOMMENDATION AS TO THE DISPOSITION OF YOUR PARTICULAR CLAIM.** If you disagree with the Trustee's Objection to Claim, you must file a written response explaining why your claim should be allowed as presently filed, with the Clerk of the United States Bankruptcy Court, 51 SW First Avenue, 15th Floor    , Miami, Florida 33130,  within thirty (30) days from the date of this notice.  A copy of your objection **MUST BE MAILED** to the Trustee, Nancy K. Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027.    **YOU MUST INSERT THE CASE NAME AND NUMBER ON ANY WRITTEN RESPONSE.**

     If you fail to respond to this notice, the Trustee's objection(s) may be sustained without further notice and hearing, and your claim may be disallowed or allowed as modified in accordance with the Trustee's recommendation relating to your claim.

     PLEASE GOVERN YOURSELF ACCORDINGLY.

     Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case:

```
Claim                                Amount
No:    Name of Claimant              of Claim    Recommended Dispostion
-----  ---------------------------   ----------  -------------------------
0013   CITIMORTGAGE                  57,939.95   Claim was untimely filed
                                                 (after the Claims Bar Date)
                                                 and therefore should be
       (Trustee's Claim # 0001)                  stricken and disallowed.
```

     I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via postage pre-paid United States mail to the following parties on Tue December 16, 2014 .

/s
_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
(954) 443-4402


DEBTOR'S ATTORNEY:
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012


DEBTORS:
IRMA MATILLA
FREY O MATILLA
1881 W 72 PLACE
HIALEAH, FL 33014


CLAIMANT:
CITIMORTGAGE
POB 688971
DES MOINES, IA 50368

CITIMORTGAGE, INC
POB 6030
SIOUX FALLS, SD 57117-6030