LAW OFFICES
McCALLA RAYMER PIERCE, LLC
BANKRUPTCY DEPARTMENT
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 19, 2016

Clerk, United States Bankruptcy Court
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 150
Miami, FL 33128

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor(s) | Frey O. Matilla and Irma Matilla |
| Case Number | 11-40654 |
| Chapter | 13 |
| Secured Creditor | Federal National Mortgage Association |
| Loan Number | XXXXXX5701 |
| Property Address | 1881 72ND PL W, Hialeah, FL 33014 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Federal National Mortgage Association
c/o McCALLA RAYMER PIERCE, LLC
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Ashley Prager Popowitz
c/o McCALLA RAYMER PIERCE, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 754-263-1065
Email: Ashley.Popowitz@mrpllc.com
Attorney Bar No: 72341